IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURPHY,<br><br>             Plaintiff,<br><br>     v.<br><br>KAVO AMERICA CORPORATION ET AL,<br><br>             Defendant.       / | No. C 11-00410 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 14, 2011 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 1, 2011.

DESIGNATION OF EXPERTS: 6/1/12; REBUTTAL: 6/18/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 29, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by April 6, 2012;

    Opp. Due April 27, 2012; Reply Due May 11, 2012;

    and set for hearing no later than May 25, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 17, 2012 at 3:30 PM.

JURY TRIAL DATE: July 30, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Courts mediation program. The mediation session shall occur in September 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California