IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MURPHY,

        Plaintiff,

   v.

KAVO AMERICA CORPORATION, et al.,

        Defendants.
                                         /

No. C 11-00410 SI

**ORDER GRANTING DISCOVERY MOTION**

Currently before the Court is plaintiff's motion to extend the November 1, 2011 discovery cut-off to seek responses to two interrogatories (Interrogatory Nos. 1-2) and four documents requests (RFP Nos. 19-22), and to compel defendant to provide responses to RFP No. 17. Defendant opposes the motion, arguing that plaintiff has failed to demonstrate good cause to extend the discovery cut-off and that RFP No. 17 seeks documents that implicate strong privacy interest of its employees and are not directly relevant.

The Court GRANTS plaintiff's motion. Plaintiff has established good cause for a limited extension of the November 1, 2011 discovery cut-off to allow defendant to respond to the pending interrogatories and document requests and for the Court to resolve any objections regarding those requests. Defendant shall provide responses within thirty (30) days of the date of this Order. Plaintiff has also demonstrated that the documents sought in RFP No. 17 are directly relevant to his case and should be produced. Defendant shall produce the responsive documents within thirty (30) days of the date of this Order, along with a privilege log limited to attorney-client and attorney work-product documents, if necessary.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
SUSAN ILLSTON
United States District Judge