**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL MURPHY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAVO AMERICA CORPORATION, DANAHER ) <br> CORPORATION, and DOES 1 through 10, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 11 0410 YGR <br><br> **ORDER VACATING AND RESETTING HEARING DATE ON MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION** |

Defendant Kavo America Corporation filed its Motion for Summary Judgment or Adjudication on April 17, 2012. (Dkt. No. 33.) The Court is unavailable to hear oral argument on May 22, 2012. The hearing currently set for May 22, 2012 is VACATED and RESET for **May 29, 2012,** at 2:00 p.m. The current briefing schedule remains the same.

If counsel are unavailable on the new hearing date, they are directed to meet and confer and select a mutually-agreeable alternative date on the Court's civil law and motion calendar and contact Courtroom Deputy Frances Stone regarding resetting the motion.

**IT IS SO ORDERED.**

**April 19, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**