# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MURPHY,

      Plaintiff,

   vs.

KAVO AMERICA CORPORATION, DANAHER
CORPORATION, ET AL.,

      Defendants.

Case No.: 11-cv-410 YGR

**ORDER VACATING DATES AND SETTING
COMPLIANCE HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Court understands, based upon the representations of the Notice of Settlement filed by the parties on May 1, 2012, that the above-captioned case has settled.  Accordingly, all pending motion, case management and trial dates are hereby vacated.  A compliance hearing shall be held on Friday, **June 8, 2012,** on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in a courtroom to be designated.

     Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the Compliance Conference will be taken off calendar.

     Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

     **IT IS SO ORDERED**.

Dated: May 2, 2012

                              _____
                              YVONNE GONZALEZ ROGERS
                              **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California