1  Daniel M. Crawford, CSB No. 039959
   Attorney at Law
2  354 Pine Street, Third Floor
   San Francisco, California 94104
3  Telephone:  (415) 433-1442
   Facsimile:  (415) 986-4056
4
   Attorney for Plaintiff
5  MICHAEL MURPHY

6  SEFARTH SHAW LLP
   Dana Peterson, CSB No. 178499
7  Eden Anderson, CSB No. 233464
   560 Mission Street, 31sr Floor
8  San Francisco, California 94105
   Telephone:  (415) 397-2823
9  Facsimile:  (415) 397-8549

10 Attorneys for Defendant
   KAVO DENTAL TECHNOLOGIES, LLC, erroneously sued as
11 KAVO AMERICA CORPORATION

12                UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

14

| | |
|---|---|
| 15  MICHAEL MURPHY, | Case No. CV 11 0410 YGR |
| 16         Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
| 17      v. | PURSUANT TO STIPULATION |
| 18  KAVO AMERICA CORPORATION, DANAHER CORPORATION, and DOES | |
| 19  1 through 10, inclusive, | |
| 20         Defendants. | |

23      IT IS HEREBY STIPULATED, by and between the parties to this action,

24 through their respective attorneys of record, that this entire action be, and hereby is,

25 dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil

26 Procedure, each party to bear their own fees and costs.

27

28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – CASE NO. CV 11 0410 YGR

DATED: May 31, 2012.

By /s/ Daniel M. Crawford
Daniel M. Crawford
Attorney for Michael Murphy

By /s/ Eden Anderson
Eden Anderson
Attorney for KaVo Dental Technologies, LLC

## **ORDER**

Pursuant to the stipulation, IT IS SO ORDERED. This action is DISMISSED. The compliance hearing set for June 8, 2012 is VACATED.

Dated: June 1, 2012

The Honorable Yvonne Gonzalez Rogers
United States District Judge